UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANTHONY E. THOMASSON,**

    Petitioner,

v.    Case No.:  3:13cv480/MCR/EMT

**MICHAEL CREWS,**

    Respondent.

_____/

### ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 21, 2014 (doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, and the record, the Court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's Motion to Dismiss (doc. 14) is **GRANTED**.

    3.    Petitioner's Habeas Petition (doc. 1) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

    4.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of June, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**